Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JUL 2 6 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

_witnesses_

Myron Sylvestre James
_Your full name_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(_BIVENS_ ACTION)**

v.

Civil Action No.: 5:23-CU-262
_(To be assigned by the Clerk of Court)_

Bailey | Mazzone | Prince

Doctor woods
Doctor Brishman
Lt. Stole, siole
office Kitchen, G.

_Enter above the full name of defendant(s) in this action_

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

    A.    Name of Plaintiff: Myron James    Inmate No.: 69841-066
        Address: USMCFP POBox 4000
            Springfield, MO 65801-4000

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

**Attachment A**

B.    Name of Defendant: _G. Kutchen_
      Position: _officer_
      Place of Employment: _Hazenlton_
      Address: _West Virginia_
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☑ Yes        ☐ No

      If your answer is "YES," briefly explain: _Because i seen him_
      _in the window and he ran away when_
      _I was complaning about my injures._
      _____

B.1   Name of Defendant: _Lt. Siole_
      Position: _Lieutendant_
      Place of Employment: _Hazenlton C. F.      CC_
      Address: _West Virginia,_
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☑ Yes        ☐ No

      If your answer is "YES," briefly explain: _Because he say he_
      _was going to kill me._
      _____
      _____
      _____

B.2   Name of Defendant: _Doctor woods_
      Position: _Physical Doctor_
      Place of Employment: _Allenwood_
      Address: _white Deer, PA._
      _____

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☐ Yes        ☑ No

---

**Attachment A**

If your answer is "YES," briefly explain: ___ *NONE* ___

_____

_____

_____

_____

B.3    Name of Defendant: ___ *DR. Brishman* ___
Position: ___ *PA - MD Doctor* ___
Place of Employment: ___ *Allenwood* ___
Address: ___ *White Deer, PA.* ___

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes    ☑ No

If your answer is "YES," briefly explain: ___ *N/A* ___

_____

_____

_____

_____

B.4    Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

**Attachment A**

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   □ Yes      □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: __Medical Center_____

A.   Is this where the events concerning your complaint took place?
□ Yes    ☑ No

If you answered "NO," where did the events occur?

_____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   □ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☑ Yes   □ No

D.   If your answer is "NO," explain why not: __None_____

_____

_____

_____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _that i was beat_

LEVEL 2 _Paralized buy_

LEVEL 3 _officers and my wrist was broken_

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        □ Yes        ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s): _Myself & Doctors_

Defendant(s):_____

2.   Court: _____
   *(If federal court, name the district; if state court, name the county)*

3.   Case Number:_____

4.   Basic Claim Made/Issues Raised: _____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned:

_____

6.   Disposition: _____
   *(For example, was the case dismissed?  Appealed?  Pending?)*

7.   Approximate date of filing  lawsuit:_____

**Attachment A**

8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☐ Yes      ☑ No

D.      If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____

_____

_____

_____

E.      Did you exhaust available administrative remedies?
      ☑ Yes      ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

That can they Do Anything About me getting commensate for what happen to me! No because they say Aint nothing they can do for me (Contact the Court) for lawyer

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _N/A_____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: _UNit MANager officer told officer I had said something in the program which was Falsely And c/o Kitchen Broken my wrist in SHU And took me to Lt Side And He cut the paper out of my Hip paper suit And made me walk with Hand cuff Leg shakkered._

Supporting Facts: _He Lt Side slam my head Fore Head_

**Attachment A**

down on A medal Bump And Buse it And I was bleeding when after he told me to get up ou the Bump And I couldn't cause the leg shakker did not Exstench that long And they slap me while I was bleeding from the head And temper.

CLAIM 2: Lt Stole shalve me in A cell And i lost my footing And fell on A introment that was sharp And cut my Temper And I Began to blead. I through I was A dyed MAN---

Supporting Facts: they put me on A Blood presure mechmie And the Blood presure was going down fast And they know not why But it was the work of God!

CLAIM 3: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

CLAIM 4: _____

_____
_____
_____
_____

Supporting Facts: _____

_____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I was panlized, Beaten cause the U-M Unit Manger thought I has said something I did not. An II my wrist was broken (R) And I suffered. It Took (5) five months for me to heal in A cell without no Medical treatment.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

PAY me AND put I in my behavior. (Release) I lank you very Much Sir

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at ___Medical Center PO Box 40000___on ___July 20, 2023___.
               (Location)                            (Date)

_____
Your Signature